UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAY H. WOODRUFF, SR.,

    Petitioner,

vs.

MICHAEL MUKASEY, HARLEY LAPPIN,

    Respondents.

No. C-08-04045 MHP

***SUA SPONTE* REFERRAL purusant to Civil Local Rule 3-12(c)**

It appears to this court that this matter may be related to C-93-0438 VRW and C-00-04159 VRW since this action purports to be filed on behalf of Kevin Paul Woodruff, the defendant/petitioner in the two previously filed actions. Therefore, this matter is referred to Chief Judge Walker who is the Judge assigned the lower-numbered cases for a determination pursuant to Civil Local Rule 3-12(c).

Date: August 29, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California